# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2707 | **DATE** | 4/30/2013 |
| **CASE TITLE** | Malibu Media, LLC vs. John Doe, subscriber assigned IP address 76.29.44.233 | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/30/2013. Plaintiff's motion for leave to serve a third party subpoena prior to a Rule 26(f) conference [5] is granted. Enter Order on Motion for leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference. The plaintiff is granted leave to proceed with expedited discovery and issue appropriate subpoenas to determine the identity of the defendants. In the meantime, the Court will dismiss the complaint without prejudice with leave to file an amended complaint which names the actual defendant. All third party subpoenas must be complied with even though the pending complaint is dismissed without prejudice.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|