IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JIANWEI LIU,

        Defendant.

Civil Action No. 1:13-cv-02 707
Judge Rubin Castillo

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JIANWEI LIU**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Jianwei Liu ("Defendant") from this action <u>without prejudice</u>. Jianwei Liu was assigned the IP Address 76.29.44.233. After due search, careful inquiry and diligent attempts, Plaintiff has been unable to serve Defendant. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Jianwei Liu has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 6, 2013

        Respectfully submitted,

        By: /s/ *Mary K. Schulz*
        Mary K. Schulz
        Schulz Law, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email: SchulzLaw@me.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By: /s/ *Mary K. Schulz*_____
                                              Mary K. Schulz